

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2200975

DEBTOR(S):

ANDREW S JOHNSON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $605.85

CREDITOR'S SIGNATURE:

/s/ Darla Gein

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/22/2022