

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

June 23, 2022

Clerk, US Bankruptcy Court
Middle District of Pennsylvania

**<u>WITHDRAWAL OF PROOF OF CLAIM</u>**

Re: Andrew S. Johnson
Case Number 22-00975

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 1, claim amount $599.43 date filed 05/27/2022.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Jack N. Zaharopoulos - Chapter 13 Trustee

Joseph Quinn – Attorney for Debtor