UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW S. JOHNSON : CHAPTER 13
        Debtor :
         :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
        Movant :
         :
    vs. :
         :
ANDREW S. JOHNSON :
        Respondent : CASE NO. 1-22-bk-00975

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of July, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid – 100% plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                         Respectfully submitted:

                         Jack N. Zaharopoulos
                         Standing Chapter 13 Trustee
                         8125 Adams Drive, Suite A
                         Hummelstown, PA 17036
                         (717) 566-6097

        BY:        /s/Douglas R. Roeder
                      Attorney for Trustee

## CERTIFICATE OF SERVICE

   AND NOW, this   15th   day of July, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Joseph Quinn, Esquire
192 South Hanover Street, Suite 101
Pottstown, PA   19464

                /s/Deborah A. Behney
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee