United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrew S Johnson  
    Debtor

Case No. 22-00975-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jul 19, 2022      Form ID: ntcnfhrg      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew S Johnson, 2627 Brownstone Drive, Dover, PA 17315-3946 |
| 5477009 | + | Amanda Ruth, 2627 Brownstone Drive, Dover, PA 17315-3946 |
| 5477012 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5477017 | + | Geraldine M Linn, Esq, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:38 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:38 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:38 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:40 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5477008 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 19 2022 18:47:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5484019 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:55 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5477010 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jul 19 2022 18:47:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 5477011 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 19 2022 18:47:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 5477487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:55 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5485098 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 19 2022 18:47:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5477013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 18:46:37 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5479333 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2022 18:46:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5477315 | + | Email/Text: bankruptcy@cavps.com | Jul 19 2022 18:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

Case 1:22-bk-00975-HWV    Doc 23    Filed 07/21/22    Entered 07/22/22 00:23:19    Desc  
Imaged Certificate of Notice     Page 1 of 4

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5477015 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2022 18:46:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5477670 | | Email/Text: G06041@att.com | Jul 19 2022 18:47:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5482188 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 19 2022 18:46:46 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 5477484 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 19 2022 18:46:46 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5477016 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 19 2022 18:46:46 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5477014 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 19 2022 18:46:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5477797 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477018 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2022 18:46:47 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5477019 | | Email/Text: bankruptcy@snapfinance.com | Jul 19 2022 18:47:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 5477020 | | Email/Text: bankruptcy@springoakscapital.com | Jul 19 2022 18:47:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5477021 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 19 2022 18:46:54 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5485097 | + | Email/Text: bankruptcy@bbandt.com | Jul 19 2022 18:47:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph Quinn | on behalf of Debtor 1 Andrew S Johnson CourtNotices@RQPlaw.com general@RQPlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew S Johnson,       Chapter     13

**Debtor 1**

Case No.     1:22−bk−00975−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 17, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 24, 2022<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2022 |

ntcnfhrg (08/21)