## LOCAL BANKRUPTCY FORM 9013-4

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | | : | |
| Andrew S. Johnson, | | : | Chapter 13 |
| | Debtor | : | |
| | | : | No. : 1:22-bk-00975-HWV |
| Andrew S. Johnson, | | : | |
| | Objector | : | |
| vs. | | : | |
| | | : | |
| Ally Financial, | | : | |
| | Claimant | : | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor-Objector Andrew S. Johnson and Respondent-Claimant Ally Financial have agreed to terms settling the objection to claim no. 15. The parties are asking for this matter to be relisted at least two weeks from 11/9/22 in order for the parties to circulate the draft stipulation of settlement for signatures.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 8, 2022

_____
Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.