In re:  
Andrew S Johnson  
    Debtor

Case No. 22-00975-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3  
Date Rcvd: Nov 06, 2025    Form ID: ordsmiss    Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew S Johnson, 2627 Brownstone Drive, Dover, PA 17315-3946 |
| 5477009 | + | Amanda Ruth, 2627 Brownstone Drive, Dover, PA 17315-3946 |
| 5477017 | + | Geraldine M Linn, Esq, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5726298 | + | SERVICEMAC, LLC as Servicer, PO BOX 100077, Duluth, GA 30096-9377 |
| 5726299 | + | SERVICEMAC, LLC as Servicer, PO BOX 100077, Duluth, GA 30096, SERVICEMAC, LLC as Servicer, PO BOX 100077 Duluth, GA 30096-9377 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 18:46:23 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5477008 | + | EDI: GMACFS.COM | Nov 06 2025 23:39:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5484019 | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5487980 | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5477010 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Nov 06 2025 18:44:00 | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 5477011 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 06 2025 18:44:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 5477487 | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5477012 | + | Email/Text: Bankruptcy@BAMcollections.com | Nov 06 2025 18:44:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5485098 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 06 2025 18:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 5477013 | + | EDI: CAPITALONE.COM | Nov 06 2025 23:39:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5479333 | | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 06 2025 23:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5487854 | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 5477315 | + | Email/Text: bankruptcy@cavps.com | Nov 06 2025 18:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5477014 | + | EDI: JPMORGANCHASE | Nov 06 2025 23:39:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5477015 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2025 18:46:29 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5477670 | | EDI: DIRECTV.COM | Nov 06 2025 23:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5482188 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 06 2025 18:46:25 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 5477484 | + | EDI: AISACG.COM | Nov 06 2025 23:39:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5477016 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 06 2025 18:46:23 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5477797 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 18:46:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5477018 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 18:46:25 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5477019 | | Email/Text: bankruptcy@snapfinance.com | Nov 06 2025 18:43:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 5487005 | | Email/Text: bankruptcy@springoakscapital.com | Nov 06 2025 18:43:00 | Spring Oaks Capital SPV, LLC, P O Box 1216, Chesapeake, VA 23327-1216 |
| 5477020 | | Email/Text: bankruptcy@springoakscapital.com | Nov 06 2025 18:43:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5477021 | + | EDI: Q3GTBI | Nov 06 2025 23:39:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5485097 | + | Email/Text: bankruptcy@bbandt.com | Nov 06 2025 18:44:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Joseph Quinn | on behalf of Debtor 1 Andrew S Johnson CourtNotices@RQPlaw.com general@RQPlaw.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Regina Cohen | on behalf of Creditor Ally Financial c/o AIS Portfolio Services, LLC rcohen@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew S Johnson,             Chapter     13

**Debtor 1**

Case No.     1:22−bk−00975−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 6, 2025

ordsmiss (05/18)