IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew S. Johnson <br>     Debtor(s) <br><br> AmeriHome Mortgage Company, LLC <br>     Movant <br> vs. <br><br> Andrew S. Johnson <br>     Debtor(s) <br><br> Jack N. Zaharopoulos, <br>     Trustee | BK NO. 22-00975 HWV <br><br> Chapter 13 <br><br> Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 28, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Andrew S. Johnson
2627 Brownstone Drive
Dover, PA 17315

Attorney for Debtor(s)
Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 28, 2022

                                                                         **/s/Michael P. Farrington Esq.**
                                                                         Michael P. Farrington Esq.
                                                                         Attorney I.D. 329636
                                                                         KML Law Group, P.C.
                                                                         BNY Mellon Independence Center
                                                                         701 Market Street, Suite 5000
                                                                         Philadelphia, PA 19106
                                                                         (215) 825-6488
                                                                         mfarrington@kmllawgroup.com